UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANDRE SHEPARD, | 1:10-cv-00201-DLB (HC) |
| Petitioner, | |
| vs. | ORDER AUTHORIZING<br>IN FORMA PAUPERIS STATUS |
| F. GONZALEZ, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*.

IT IS SO ORDERED.

Dated:  February 11, 2010          /s/ Dennis L. Beck
                                    UNITED STATES MAGISTRATE JUDGE